UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKY D. LaROCQUE,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C24-5478-KKE<br><br>ORDER AMENDING THE SCHEDULING ORDER |

The Commissioner has filed an unopposed motion to amend the scheduling order. Dkt. No. 11. The motion (Dkt. No. 11) is GRANTED and the scheduling order is hereby amended as follows:

- The Commissioner shall have up to and including November 18, 2024, to file a responsive brief; and

- Plaintiff shall have up to and including December 2, 2024, to file a reply brief.

Dated this 17th day of October, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER
- 1